James K. Schultz, Esq.
NV Bar No. 10219
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: (619) 758-1891
Email: jschultz@sessions.legal

Shannon G. Splaine, Esq.
NV Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS, L.L.P.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
Email: ssplaine@lgclawoffice.com

*Attorneys for Defendants CF Medical, LLC and AssetCare, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA MARQUEZ a/k/a VERONICA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CF MEDICAL, LLC, ASSETCARE, LLC, and JOHN DOES 1-25,<br><br>Defendants. | Case No. 2:19-cv-00751-RFB-NJK<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, Veronica Marquez *a/k/a* Veronica Martinez ("Plaintiff"), and Defendants, CF Medical, LLC and AssetCare, LLC ("Defendants"), through undersigned counsel, hereby stipulate and agree that Defendants shall have a 21-day extension of time, until July 12, 2019 to respond to the Complaint. Defendants are investigating plaintiff's claims, the

Parties are engaged in informal discussions regarding potential resolution, and the additional time to respond to the Complaint will facilitate these discussions.

This stipulation is filed in good faith and not intended to cause any delay.

Dated: June 21, 2019

**AGREED TO BY:**

| /s/ Robert M. Tzall | /s/ Shannon G. Splaine |
|---|---|
| Robert M. Tzall | Shannon G. Splaine |
| *Attorney for Plaintiff* | *Attorney for Defendants,* |
| | *CF Medical, LLC and AssetCare, LLC* |

**IT IS SO ORDERED:**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2019