Robert M. Tzall, Esq.
NV Bar No. 13412
The Law Offices of Robert M. Tzall
7735 Commercial Way, Suite 100
Henderson, NV 89011
Telephone: (702) 666-0233
Email: robert@tzalllegal.com
*Attorney for Plaintiff*

James K. Schultz, Esq.
NV Bar No. 10219
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: (619) 758-1891
Email: jschultz@sessions.legal

Shannon G. Splaine, Esq.
NV Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS, L.L.P.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
Email: ssplaine@lgclawoffice.com
*Attorneys for Defendants CF Medical, LLC and AssetCare, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VERONICA MARQUEZ a/k/a VERONICA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**CF MEDICAL, LLC, ASSETCARE, LLC, and JOHN DOES 1-25,**<br><br>**Defendants.** | Case No. 2:19-cv-00751-RFB-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Veronica Marquez a/k/a Veronica Martinez, and Defendants, CF Medical, LLC and AssetCare, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action are dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

Dated: August 15, 2019

Respectfully Submitted,

/s/ Robert M. Tzall
Robert M. Tzall, Esq.
NV Bar No. 13412
The Law Offices of Robert M. Tzall
7735 Commercial Way, Suite 100
Henderson, NV 89011

*Attorney for Plaintiff*

/s/ James K. Schultz
James K. Schultz, Esq.
NV Bar No. 10219
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108

*Attorney for Defendants,*
*CF Medical, LLC and AssetCare, LLC*

**IT IS SO ORDERED:**

_____
JUDGE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT

Dated: August 16, 2019.

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of Nevada and served via CM/ECF upon the following:

> James K. Schultz, Esq.
> NV Bar No. 10219
> SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
> 1545 Hotel Circle South, Suite 150
> San Diego, CA 92108
> Telephone: (619) 758-1891
> Email: jschultz@sessions.legal
>
> Shannon G. Splaine, Esq.
> NV Bar No. 8241
> LINCOLN, GUSTAFSON & CERCOS, L.L.P.
> 3960 Howard Hughes Parkway, Suite 200
> Las Vegas, NV 89169
> Telephone: (702) 257-1997
> Email: ssplaine@lgclawoffice.com

/s/ Robert M. Tzall
Robert M. Tzall, Esq.